
Assigned Judge: Cullen

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 27 2021

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

For use by inmates filing a complaint under CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)

__Brandon Darrell Kiser__          __10004918__
Plaintiff full name                 Inmate No.

v.                          CIVIL ACTION NO. __721cv00455__

__Howard Carlton (Health Service Administrator)__
Defendant(s) full name(s)
__Tom Dooley (QMHP) Dr. Josef (P.h.d)__

*********************************************

A. Current facility and address: __Southwest Virginia Regional Jail- 15205 Joe Derting dr. Abingdon, Va 24210__

B. Where did this action take place? __Southwest Virginia Regoinal Jail__

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

____ Yes      __X__ No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

__X__ Yes     ____ No

1. If your answer is Yes, indicate the result:
__My grievance was denied. And stated that "receiving psych meds is a privlege for those who follow the rules.__

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

On or about December 7, 2019 during a pod shakedown, My cellmate ~~contributes~~ placed two containers containing ibuprofen inside a hole- con't

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

After they found me guilty of a charge someone else took full responsibility for, they unjust and maliciously discontinued all my medications

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

G. If this case goes to trial do you request a trial by jury?   Yes ✓   No ____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address after I have been released or transferred or my case may be dismissed.

DATED: 8-11-21        SIGNATURE: _____

VERIFICATION:
I, Brandon Kiser _____, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertations are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 8-11-21        SIGNATURE: _____

Claim #1
con't - in my mat. My cellmate admitted to the officers that the pills was his and he also admitted he placed them inside my mat. He received a stockpiling medication charge, and I received a 300 series contreband charge. Later that same evening, all my medication were placed on hold.

Claim #2
con't - cold turkey, then later denied me mental health treatment for over eight months. I have exhausted all my options. They denied the grievance and Mr. Tom Dooley (QMHP) stated that "recieving psych meds was a privlege for those who followed the rules." I feel like it's a curse to have mental health problems and have to be medicated to function normally in society. It is No a privlege to have to be on medication for mental health issues. I feel like I was targeted because I was on the anti-depressant Wellbutrin. I have been on this medication since I was sixteen years old. I've been diagnosed PTSD, bipolar manic depression, anti-social anxiety disorder. I was out of my head without my medicine and still am. After nearly a year without my medicine, they prescribed me Effexor in place of the wellbutrin, but it is not helping with my bipolar depression. I have developed insomnia since I've been without my medicine. There is no light at the end of the tunnell. I have suffered mentally and physically for twenty months without my medicine. I would like to be compensated for punitive damages and get my medicine back.

B. Kiser
SWVRJA
po box 280
Meadowview, Va 24361




Clerk, United States District Court
210 Franklin rd. SW Suite 540
Roanoke, Va 24011



LEGAL Mail

LEGAL Mail